IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD R. BOLDEN,

        Plaintiff,                  No. 2:09-cv-00787 KJN

    vs.

MICHAEL J. ASTRUE,           ORDER TO SHOW CAUSE
Commissioner of Social Security,

        Defendant.
_____/

        Plaintiff filed his complaint and a motion to proceed in this action in forma pauperis on March 20, 2009. (Dkt. Nos. 1, 2). On April 7, 2009, this court granted plaintiff's motion to proceed in forma pauperis (Dkt. No. 3) and issued a scheduling order setting forth, among other things, a deadline by which defendant was required to file the administrative transcript and an answer or other response to plaintiff's complaint, and a deadline by which plaintiff was required to file a motion for summary judgment and/or remand. (Dkt. No. 4). The scheduling order further stated that "FAILURE TO COMPLY WITH ANY PORTION OF THIS SCHEDULE MAY RESULT IN SANCTIONS, INCLUDING STRIKING A MOTION FROM CALENDAR, OR STRIKING THE COMPLAINT OR ANSWER." Id. at 2.

        On September 16, 2009, defendant lodged the administrative transcript with the court and filed an answer to plaintiff's complaint. (Dkt. Nos. 10, 11). On September 16, 2009,

defendant also filed a certificate of service of the administrative record on plaintiff's counsel. (Dkt. No. 12). The scheduling order required plaintiff to file a motion for summary judgment and/or remand within 45 days after being served with the administrative record. (Dkt. No. 4 at 1).

The court's docket reveals that plaintiff has not filed a motion for summary judgment and/or remand. Accordingly, plaintiff is ordered to show cause in writing on or before March 4, 2010 why this case should not be dismissed for lack of prosecution. Failure to timely file the required writing will result in dismissal. <u>See</u> Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

DATED: February 18, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE