```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    ELIZABETH FIRER
 4  Special Assistant United States Attorney

 5       333 Market Street, Suite 1500
         San Francisco, California 94105
 6       Telephone:  (415) 977-8937
         Facsimile:  (415) 744-0134
 7       E-Mail: Elizabeth.Firer@ssa.gov

 8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| REGINALD BOLDEN,            )<br>                             )<br>    Plaintiff,              )<br>                             )<br>        v.                   )<br>                             )<br>MICHAEL J. ASTRUE,           )<br>Acting Commissioner of       )<br>Social Security,             )<br>                             )<br>    Defendant.               )<br>_____) | CIVIL NO. 2:09-CV-00787 KJN<br><br>STIPULATION AND ORDER TO EXTEND TIME |

   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including May 24, 2010.  This extension is being sought because of a heavy work load and previously scheduled leave of the undersigned counsel for the Commissioner.  From mid-March through April,23, 2010, Counsel has had to or will have to file briefs in 12 district court cases plus she has drafted voluntary remand requests in 3 additional cases and a Ninth Circuit case.  Counsel will be out of the office from April 26 through May 7, 2010 and must complete and file 4 of the aforementioned briefs prior to her departure.  Given this work load, Counsel is unable to complete the Commissioner's brief by the April 26, 2010 due date and respectfully requests an

additional 30 days.

The parties further stipulate that the Court's Scheduling Order shall is modified accordingly.

Respectfully submitted,

/s/Bess M. Brewer

Dated: April 21, 2010

BESS M. BREWER
(as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated: April 21, 2010                BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:
/s/ Elizabeth Firer

ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.


DATED: April 26, 2010         /s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE